1  MARGARET A. MCLETCHIE, Nevada Bar No. 10931
2  LEO S. WOLPERT, Nevada Bar No. 12658
   **MCLETCHIE LAW**
3  602 South Tenth Street
   Las Vegas, NV 89101
4  Telephone: (702) 728-5300; Fax (702) 425-8220
   Email: maggie@nvlitigation.com
5  *Counsel for Plaintiff Jane Doe*

6
              **UNITED STATES DISTRICT COURT**
7                  **DISTRICT OF NEVADA**

8  | JANE DOE, an individual, | Case No.: 2:25-cv-00120-GMN-NJK |
   |---|---|
   | Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT MOTION FOR ATTORNEY'S FEES AND COSTS** |
   | vs. | |
   | JACK JUAN, an individual; DOES I through X; ROE corporations I through X, inclusive. | **(FIRST REQUEST)** |
   | Defendants. | |

16      Plaintiff Jane Doe a/k/a Jacqueline Nichols and Defendant Jack Juan (collectively,
17  the "Parties") hereby agree and stipulate as follows:
18      1.    On April 8, 2025, this Court issued an order granting Plaintiff's Motion to
19  Remand. (ECF No. 31.)
20      2.    Pursuant to this Order, Plaintiff was given until May 5, 2025, to file a motion
21  for attorney's fees.
22      3.    Good cause exists for a brief extension of this deadline. Specifically, shortly
23  after the Court issued its order, Mr. Wolpert was required to travel to visit his elderly mother
24  for the Jewish holiday of Passover. Furthermore, Ms. McLetchie and Mr. Wolpert were
25  travelling internationally between April 27, 2025, and May 4, 2025, with limited ability to
26  perform legal work. Additionally, Ms. McLetchie is scheduled for oral argument before the
27  Nevada Supreme Court in Carson City on May 7, 2025, in Case No. 89347, necessitating
28  both travel and preparation.

-1-

1  4. Plaintiff therefore requires four (4) extra days, until **May 9, 2025**, to
2  adequately brief and submit a motion for attorney's fees and costs in this matter.

3  5. Defendant's counsel has consented to this brief extension, and their
4  professional courtesy is appreciated. To that end, the Parties stipulate that the briefing
5  schedule for Defendant's response and Plaintiff's reply shall also be extended four (4) days.

6  6. By entering into this Stipulation and Order, Mr. Juan explicitly and
7  unequivocally waives any and all arguments and defenses with regard to the timeliness of
8  the briefing on a motion for attorney's fees and costs if the fees motion is submitted on or
9  before **May 9, 2025**.

10  7. Mr. Juan does not waive, but retains the right to assert, all other arguments
11  or defenses, whatsoever, pertaining to any motion for attorney's fees and costs.

12  8. This stipulation is being entered into in good faith and not for the purposes
13  of delay, but rather to ensure effective representation for Ms. Nichols. This is the first
14  request for an extension of the instant deadline.

**IT IS SO STIPULATED.**

| MCLETCHIE LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| DATED May 5, 2025 | DATED May 5, 2025 |
| By: */s/ Leo S. Wolpert* <br> Margaret A. McLetchie, Esq. <br> Leo S. Wolpert, Esq. <br> McLETCHIE LAW <br> 602 South Tenth Street <br> Las Vegas, Nevada 89101 <br> (702) 728-5300 <br><br> *Attorneys for Plaintiff JACQUELINE NICHOLS* | By: */s/ Philip J. Tacason* <br> Ellen Jean Winograd, Esq. <br> Philip J. Tacason, Esq. <br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br> 5555 Kietzke Lane, Suite 200 <br> Reno, Nevada 89511 <br> (775) 399-6383 <br><br> *Attorneys for Defendant JACK JUAN* |

26  / / /
27  / / /
28  / / /

**ORDER**

Plaintiff shall have until **May 9, 2025**, to submit a motion for attorney's fees and costs. Defendant shall have until **May 23, 2025**, to submit a response to the fees motion. Plaintiff shall have until **May 30, 2025**, to submit a reply in support of her fees motion.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 6, 2025