**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
NEVADA BAR NO. 007254
JESSICA BEELER
NEVADA BAR NO. 15387
Jessica.Beeler@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant, JACK JUAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JACK JUAN, an individual; DOES I through X; ROE Corporations I through X, inclusive,,<br><br>Defendants. | Case No. 2:25-cv-00120-GMN-NJK<br><br>**JOINT STATUS REPORT REGARDING STATUS OF MEDIATION AND PROPOSED STIPULATION AND ORDER TO FURTHER EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>**(Third Request)** |

THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AND AGREE to a stay of this case as follows:

1. Plaintiff "JANE DOE" and Defendant "JACK JUAN" (collectively, the Parties") previously stipulated and agreed to stay this case so the parties could continue to make efforts to resolve the case.

2. The Parties anticipate submitting a stipulation to dismiss the case within the next thirty (30) days.

3. To preserve resources, the parties request that this Court once again extend Defendant's time to file a response to Plaintiff's Motion for Attorney's Fees and Costs to and including October 6, 2025. Otherwise, the parties will submit a joint status report regarding settlement on or before October 6, 2025.

4. This request for extension is made in good faith and not for purposes of delay.

162705613.1

| MCLETCHIE LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| DATED this 5th day of September, 2025. | DATED this 5th day of September, 2025. |
| By: /s/ Margaret A. McLetchie<br>Margaret A. McLetchie, Esq.<br>Leo S. Wolpert, Esq.<br>McLETCHIE LAW<br>602 South Tenth Street<br>Las Vegas, Nevada 89101<br>(702) 728-5300<br><br>*Attorneys for Plaintiff JACQUELINE NICHOLS* | By: /s/ Jessica Beeler<br>Jessica Beeler, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 South Rainbow Boulevard Suite 600<br>Las Vegas, Nevada 89118<br>702.893.3383<br><br>*Attorneys for Defendant JACK JUAN* |

## ORDER

**IT IS HEREBY ORDERED** that, no later than October 6, 2025, Defendant must file either a response to Plaintiff's Motion for Attorney's Fees, or the parties must file a joint status report informing the Court of the status of the case.

Dated this 9 day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

162705613.1                                     2

**CERTIFICATE OF SERVICE**

I hereby certify on this 5th day of September, 2025, that the foregoing **JOINT STATUS REPORT REGARDING STATUS OF MEDIATION** was served via the Electronic Filing System with the U.S. District Court on all parties or persons requesting notice and/or by Email and U.S. Mail.

MARGARET A. MCLETCHIE
LEO S. WOLPERT
MCLETCHIE LAW
602 South Tenth Street
Las Vegas, NV 89101
(702) 728-5300
maggie@nvlitigation.com

By  */s/ Jesus Rojo*
an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

162705613.1                             3