**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
NEVADA BAR NO. 007254
JESSICA BEELER
NEVADA BAR NO. 15387
Jessica.Beeler@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant, JACK JUAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, individually,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JACK JUAN, an individual; DOES I through X; ROE Corporations I through X, inclusive,,<br><br>　　　　Defendants. | Case No. 2:25-cv-00120-GMN-NJK<br><br>**ORDER TO FURTHER EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>**(Fourth Request)** |

　　　　THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AND AGREE to a stay of this case as follows:

　　　　1.　　Plaintiff "JANE DOE" and Defendant "JACK JUAN" (collectively, the Parties") previously stipulated and agreed to stay this case so the parties could continue to make efforts to resolve the case.

　　　　2.　　The Parties have finalized the Settlement Agreement, and Plaintiff conveyed a copy of her executed Settlement Agreement to Defendant's counsel on October 6, 2025.

　　　　3.　　The Parties anticipate filing dismissal papers within 30 days of the date of this joint status report.

　　　　4.　　To preserve resources, the Parties request that this Court once again extend

164570094.1

Defendant's time to file a response to Plaintiff's Motion for Attorney's Fees and Costs to and including November 5, 2025, by which time the Parties anticipate filing dismissal papers to dismiss this action with prejudice or a joint status report.

5. This request for extension is made in good faith and not for purposes of delay.

| MCLETCHIE LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| DATED this 6th day of October, 2025. | DATED this 6th day of October, 2025. |
| By: /s/ Margaret A. McLetchie<br>Margaret A. McLetchie, Esq.<br>Leo S. Wolpert, Esq.<br>McLETCHIE LAW<br>602 South Tenth Street<br>Las Vegas, Nevada 89101<br>(702) 728-5300<br><br>*Attorneys for Plaintiff JACQUELINE NICHOLS* | By: /s/ Jessica Beeler<br>Jessica Beeler, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 South Rainbow Boulevard Suite 600<br>Las Vegas, Nevada 89118<br>702.893.3383<br><br>*Attorneys for Defendant JACK JUAN* |

## ORDER

**IT IS HEREBY ORDERED** that, no later than November 5, 2025, Defendant must file either a response to Plaintiff's Motion for Attorney's Fees, or the parties must file a joint status report informing the Court of the status of the case.

**IT IS SO ORDERED.**

Dated this 27 day of October, 2025

_____
Gloria M. Navarro, District Judge
United States District Court