1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSH COLE AICKLEN
2  NEVADA BAR NO. 007254
   JESSICA BEELER
3  NEVADA BAR NO. 15387
   Jessica.Beeler@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   TEL: 702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendant, JACK JUAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, individually, | Case No. 2:25-cv-00120-GMN-NJK |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | |
| JACK JUAN, an individual; DOES I through X; ROE Corporations I through X, inclusive,, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff "JANE DOE" and Defendant "JACK JUAN" (collectively, the Parties"), by and through their respective undersigned counsel of record, that, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

**IT IS HEREBY ORDERED** that the Motion for Attorney Fees, (ECF No. 34), is **DENIED** as moot.

163773697.1

| | |
|---|---|
| MCLETCHIE LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| DATED this 3rd day of November, 2025. | DATED this 3rd day of November, 2025. |
| By: /s/ Margaret A. McLetchie<br>Margaret A. McLetchie, Esq.<br>Leo S. Wolpert, Esq.<br>McLETCHIE LAW<br>602 South Tenth Street<br>Las Vegas, Nevada 89101<br>(702) 728-5300<br><br>*Attorneys for Plaintiff JACQUELINE NICHOLS* | By: /s/ Jessica Beeler<br>Jessica Beeler, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 South Rainbow Boulevard Suite 600<br>Las Vegas, Nevada 89118<br>702.893.3383<br><br>*Attorneys for Defendant JACK JUAN* |

## ORDER

IT IS SO ORDERED.

Dated this __5__ day of November, 2025

_____
Gloria M. Navarro, District Judge
United States District Court